Commonwealth *v.* Baker, Appellant.

Submitted March 21, 1972. *Edward Blumstein,* and *Elkman, Blumstein and Block,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Baker, Appellant.

Submitted March 21, 1972. *Edward Blumstein,* and *Elkman, Blumstein and Block,* for appellant; *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.

Commonwealth *v.* Barlow, Appellant.

Submitted March 13, 1972. *Richard D. Walker,* Public Defender, for appellant; *Marion E. MacIntyre,* Deputy District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Order affirmed.